UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————————X

THE ANNUITY, WELFARE AND APPRENTICESHIP
SKILL IMPROVEMENT & SAFETY FUNDS OF THE
INTERNATIONAL UNION OF OPERATING ENGINEERS
LOCAL 15, 15A, 15C & 15D, AFL-CIO, BY THEIR
TRUSTEES JAMES T. CALLAHAN, THOMAS A.
CALLAHAN, MICHAEL SALGO and WILLIAM TYSON
RICHARDSON, CENTRAL PENSION FUND OF THE
INTERNATIONAL UNION OF OPERATING ENGINEERS,
BY ITS CHIEF EXECUTIVE OFFICER MICHAEL A.
CRABTREE, and INTERNATIONAL UNION OF OPERATING
ENGINEERS LOCAL 15, 15A, 15C & 15D, AFL-CIO BY
ITS PRESIDENT & BUSINESS MANAGER THOMAS A.
CALLAHAN,

~~PROPOSED~~ **ORDER OF VOLUNTARY DISMISSAL**

20-CIV-6310 (VB)

          Plaintiffs,

  -against-

BREAKING SOLUTIONS, INC.,

          Defendant.
———————————————————————————X

  Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiffs THE ANNUITY, WELFARE AND APPRENTICESHIP SKILL IMPROVEMENT & SAFETY FUNDS OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 15, 15A, 15C & 15D, AFL-CIO, CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS and INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 15, 15A, 15C & 15D, AFL-CIO, by their counsel, BRADY McGUIRE & STEINBERG, P.C., hereby give notice that the above-captioned matter is voluntarily dismissed against Defendant BREAKING SOLUTIONS, INC.

Dated: Tarrytown, New York
   August 13, 2020

          Respectfully submitted,

          BRADY McGUIRE & STEINBERG, P.C.

          */s/ James M. Steinberg*

       By: _____
         James M. Steinberg, Esq.
         Attorneys for Plaintiffs
         303 South Broadway, Suite 234
         Tarrytown, New York 10591
         (914) 478-4293

To: Ms. Angie Haritos
   Breaking Solutions, Inc.
   325 Waverly Avenue
   Mamaroneck, New York 10543

**SO ORDERED:**

_____

**The Honorable Vincent L. Briccetti**
**United States District Judge**

August 13, 2020